IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN DRESCHER, ) | |
|     Plaintiff, ) | |
| ) | |
| V. ) | CASE NO. 1:25-CV- |
| ) | |
| REGINALD JONES, ) | |
| SISTER SOUL EXPRESS III, LLC, & ) | |
| CORTEA JACKSON, ) | |
|     Defendants. ) | |

## COMPLAINT

**COMES NOW** the Plaintiff, Vivian Drescher, by and through her undersigned attorney, and shows unto the Court the following:

1. Vivian Drescher is a resident citizen of Houston County, Alabama, residing at 410 Pine Hills Drive, Dothan, Alabama 36301.

2. Reginald Jones is the owner and registered agent of Sister Soul Express III, LLC, located at 302 East Main Street, Headland, Alabama 36345, Henry County, Alabama.

3. Cortea Jackson is a resident citizen of Houston County, Alabama, and can be served at 2805 Ross Clark Circle, Suite One, Dothan, Alabama 36301.

4. This Court has exclusive original jurisdiction over this matter pursuant to 42 U.S.C.A. §2000e-5 (f)(3).

5. The Court has personal jurisdiction over all parties because, among other things, the acts alleged in this Complaint occurred within the State of Alabama, and the Plaintiff and all Defendants reside within the State of Alabama.

6. Venue is proper in the Middle District of Alabama because, among other things, the Plaintiff suffered injuries due to Defendants' conduct and/or Defendants are subject to personal jurisdiction here.

7. Plaintiff was employed as a manager at Sister Soul Express, III, LLC, ("Sister Soul") from August 2019 until October 31, 2023.

8. On or about October 31, 2023, Plaintiff was working with Defendant Cortea Jackson ("Jackson") with whom she was speaking inside the "to-go" room area of Sister Soul when he said to Plaintiff "Dang girl, everybody in the kitchen is asking is that your stomach or is that your pussy" while pointing at her groin.

9. Plaintiff responded nervously that her stomach does not hang down.

10. Defendant then physically touched Plaintiff's vaginal area and squeezed the area over Plaintiff's clothes.

11. Plaintiff was deeply disturbed by the unwanted, severe physical contact.

12. The assault occurred within the area viewable by security cameras within Sister Soul.

13. The same day, Reginald Jones ("Jones"), the owner of Sister Soul asked Plaintiff via text message if someone touched her inappropriately. Plaintiff responded in the affirmative and explained that Defendant Jackson apologized.

14. Plaintiff notified Defendant Jones that the assault occurred on camera at the front door.

15. When Defendant Jackson apologized, he further made the remark "I'm sorry but dang girl, that thing felt like a grocery sack."

16. Defendant Jones admitted to seeing the interaction on the store's camera system and promised to address the issue the following day.

17. Defendant Jones promised Plaintiff that he would suspend Defendant Jackson and move him to the Napier Field restaurant location.

18. Defendant Jackson previously made sexual remarks to Plaintiff and other employees of which Defendant Jones was aware. Defendant Jones failed to take appropriate action.

19. Ultimately, Defendant Jones refused to relocate Jackson to another location and continued to schedule Plaintiff to work with Jackson despite his admitted sexual harassment of Plaintiff.

20. Plaintiff feared further harassment from Defendant Jackson since no action was taken.

21. Defendant Jackson's abusive behavior and Defendant Jones' refusal to address Jcakson's behavior created a hostile work environment.

22. Plaintiff could not reasonably continue to work with Defendant Jackson after his physical sexual abuse and resigned from her position.

23. Plaintiff was hired at Golden Corral shortly thereafter, but within three days of employment there, Defendant Jones spoke with Stephanie Hill who also worked at Golden Corral and had Golden Corral fire Plaintiff in retaliation.

24. Defendant Jackson failed to make prompt and effective corrective action after being entirely aware of the situation. In fact, Defendant Jackson took no action at all.

25. Plaintiff lost wages from being forced to accept a lower-paying job after leaving the hostile work environment at Sister Soul.

26. Plaintiff suffered emotional distress at the hands of Defendant Jackson, and continues to be fearful of being alone with male coworkers.

27. Plaintiff filed charges with Equal Employment Opportunity Commission ("EEOC") within the requisite time period. After negotiations failed, EECO ultimately issued a "right to sue" letter (attached hereto).

28. Plaintiff hired an attorney to prosecute the claims against Defendant, however less than one week prior to the expiration of the "right to sue" letter, that attorney terminated the attorney-client relationship.

29. One day prior to the expiration of the "right to sue" letter, Plaintiff engaged the undersigned attorneys to prosecute the claim. The undersigned expect further information to come to light that will necessitate an amendment to this Complaint.

30. Plaintiff incurred attorney's fees and costs of court in the prosecution of this claim for which Plaintiff believes all Defendants should be jointly and severally liable.

**WHEREFORE**, PREMISES CONSIDERED, Plaintiff Petitions this Honorable Court enter an Order granting the following relief to Plaintff:

A. Order Defendants to be served via Sheriff's department at the following addresses:

   a. Sister Soul Express III, LLC
      302 E Main Street
      Headland, AL 36345
   b. Cortea Jackson

       2805 Ross Clark Circle
       Suite 1
       Dothan, AL 36301
  c. Reginald Jones
       3549 Napier Field Road
       Dothan, AL 36303

B. Order Defendants to pay to Plaintiff compensatory and punitive damages in an amount not yet determined.

C. Order Defendants to pay to Plaintiff reasonable attorney's fees and costs of court.

D. Such other, further, or different relief to which Plaintiff may be entitled.

*/s/ Alyse Fowler*
Alyse Fowler
ASB # 1344Z13D
Attorney for Plaintiff

**ALYSE FOWLER LAW LLC**
P. O. Box 130
Elba, AL 36323
(334) 697-4020

*/s/ Kaelyn Fillingim*
Kaelyn Fillingim
ASB # 2016W84A
Attorney for Plaintiff

**KAELYN FILLINGIM LAW**
P. O. Box 645
Elba, AL 36323
(334) 746-5353
kaeyln@eandflaw.com

*/s/ Charles Ellzey*
Charles Ellzey
ASB #3532I61F
Attorney for Plaintiff

The Law Offices of Charles H.

Ellzey, PLLC
P. O. Box 764
Elba, AL 36323
334-403-5691