IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VIVIAN DRESCHER,            ) | |
| ) | |
| Plaintiff,            ) | |
| ) | |
| v.            ) | CASE NO. 1:25-cv-859-JTA |
| ) | (WO) |
| REGINALD JONES, SISTER SOUL ) | |
| EXPRESS III, LLC, and CORTEA ) | |
| JACKSON,            ) | |
| ) | |
| Defendants.            ) | |

## **ORDER**

Before the Court is Plaintiff Vivian Drescher's motion for leave to amend the complaint. (Doc. No. 22.) Also before the Court is Defendants' motion to dismiss Plaintiff's original complaint for failure to state a claim upon which relief can be granted and for lack of jurisdiction. (Doc. No. 15.) Defendants oppose Plaintiff's motion for leave to amend on grounds of futility, arguing (1) Plaintiff did not timely file her Title VII claim within ninety days of receipt of the Equal Opportunity Commission's notice of right to sue, and (2) in the absence of jurisdiction[1] over Plaintiff's Title VII claim, the court lacks ancillary jurisdiction over her state law claims pursuant to 28 U.S.C. § 1367(a). (Doc. No. 27.) Because leave to amend shall be freely given, and because Plaintiff has not previously amended the complaint, the Court will grant her motion for leave to amend without

---

[1] *But see Fort Bend Cty. v. Davis*, 139 S. Ct. 1843, 1850 (2019) (holding Title VII's charge-filing provisions are non-jurisdictional).

prejudice to Defendants to raise their arguments in response to the amended complaint. *See* Fed. R. Civ. P. 15(a); *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Accordingly, it is ORDERED as follows:

1. Plaintiff's motion for leave to amend the complaint (Doc. No. 22) is GRANTED.

2. **On or before February 6, 2026**, Plaintiff shall file her amended complaint.

DONE this 3rd day of February, 2026.

_____
JERUSHA T. ADAMS
UNITED STATES MAGISTRATE JUDGE